■

HERMAN WEISENTHAL, Respondent, v. DAVID GOLDSTEIN et al., Doing Business as EVERGLOSS CLEANERS, Appellants.— Determination unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *post,* p. 813.]

■

In the Matter of STUYVESANT TOWN CORPORATION et al., Respondents, against VINCENT R. IMPELLITTERI et al., Constituting the Board of Estimate of the City of New York, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [202 Misc. 661.] [See *post,* p. 814.]

■

380 REALTY CORP., Appellant, v. JAMES K. PRIESTLY, Respondent.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

■

MORRIS LAZAROFF, Respondent-Appellant, v. NORTHWESTERN NATIONAL INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Appellant-Respondent.— Orders and judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *post,* p. 746.]

■

MACEDO SOARES, INC., Respondent, v. JOSE GUERTZENSTEIN, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [Orders denied defendant's motion to vacate default judgment.] [See *post,* p. 813.]

■

STEPHEN SWEENEY et al., Respondents, v. FORTY WALL STREET BUILDING, INC., et al., Appellants.— Order reversed, with $20 costs and disbursements to the appellants, and the motion granted, and judgment is directed to be entered in favor of the defendants, with costs. The answering affidavits by the attorney and the two plaintiffs do not contain evidentiary facts, only conclusions, which conclusions are insufficient to make out a cause of action. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.; Dore, J. P., dissents and votes to affirm on the ground that there are issues of fact to be tried.

■

BONNIE L. ROLLINSON, Respondent, v. DUDLEY R. ROLLINSON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY JEROME, Appellant.— Upon this appeal from an order denying a motion for a writ of error *coram nobis* we have received as an exhibit the minutes of the trial as well as those on the preliminary discussions preceding trial. After due consideration of the circumstances revealed in the record we are of the view that there would be no basis for the issuance of the writ. Order unanimously affirmed. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.